1  Eric B. Fastiff (State Bar No. 182260)
   efastiff@lchb.com
2  Dan Drachler (*Admitted Pro Hac Vice*)
   ddrachler@lchb.com
3  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
4  San Francisco, CA  94111-3339
   Telephone:  415.956.1000
5  Facsimile:  415.956.1008

6  *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION | 3:19-md-02913-WHO |
| *This Document Relates to:* | **NOTICE OF DISMISSAL** |
| *Copper River Native Association v. JUUL Labs, Inc., et al.* *Case No. 3:22-CV-05881-WHO* | Hon. William H. Orrick |

### PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE AS TO ALTRIA DEFENDANTS

Plaintiff, Copper River Native Association, by and through counsel, hereby gives notice that the above-captioned action is dismissed with prejudice against:

- Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Enterprises LLC, and Altria Group Distribution Company (collectively, Altria);

- Each and all of Altria's predecessors, successors, and assigns;

- Each and all of Altria's past, present, and future direct or indirect subsidiaries, affiliates, joint ventures, partnerships, and related companies; and

- Each and all of Altria's past, present and future principals, partners, officers, managers, directors, supervisors, employees, stockholders, advisors, agents, representatives, administrators, advertisers, distributors, attorneys, and members, and insurers.

Each party shall bear its own attorney fees and costs.

Dated:  October 30, 2024                Respectfully submitted,


By:  /s/ *Eric B. Fastiff*
   Eric B. Fastiff (State Bar No. 182260)
   Dan Drachler (admitted pro hac vice)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, Fl. 29
   San Francisco, CA 94111
   Telephone: (415) 956-1000
   efastiff@lchb.com
   ddrachler@lchb.com

   Lloyd B. Miller (admitted pro hac vice)
   Whitney A. Leonard (admitted pro hac vice)
   SONOSKY CHAMBERS SACHSE MILLER & MONKMAN, LLP
   510 L Street, Suite 310
   Anchorage, AK 99501
   Telephone: (907) 258-6377
   lloyd@sonosky.net
   whitney@sonosky.net

   *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2024, I electronically served the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record in this action registered in the CM/ECF system.

*/s/ Eric B. Fastiff*
Eric B. Fastiff